# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL H., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  Docket no. 1:20-cv-00475-GZS<br>) |
| KILOLO KIJAKAZI<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 28, 2022, the United States Magistrate Judge filed with the Court her Recommended Decision (ECF No. 34). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the commissioner's decision is hereby **VACATED** and the case is **REMANDED** for further proceedings consistent with this Order.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of August, 2022.