UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DANIEL H.

    Plaintiff

v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION

    Defendant

Civil Action No.  1:20-CV-00475-GZS

## ORDER ON MOTION FOR AWARD OF FEES

Plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) in the amount of $43,325.50 (ECF No. 39) is **GRANTED**.  The Commissioner has not objected.  That award is twenty-five percent (25%) of the past due benefits of $173,302.00 awarded to Plaintiff, that the lawyer's efforts obtained in this case and is twenty-five percent (25%) is the amount Plaintiff agreed to pay under the Contingent Fee Agreement (ECF 39-4).  The Commissioner does not object, and I conclude that the fee is reasonable.  *See Gisbrecht v. Barnhart*, 535 U.S. 789 (2002); *Siraco v. Astrue*, 806 F. Supp. 2d 272 (D. Me. 2011).  Counsel shall return to Plaintiff the earlier award of $10,599.18 in Equal Access to Justice Act fees.

**SO ORDERED**

                                        /s/ George Z. Singal
                                        George Z. Singal
                                        U.S. District Judge

Dated this 8th day of June, 2023.